# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135600

WILLIAM CARLESS,
        Plaintiff-Appellant,

v

PAROLE BOARD,
        Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135600
COA: 270616
Ingham CC: 06-000085-AW

_____/

On order of the Court, the application for leave to appeal the November 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

*Corbin R. Davis*

Clerk

l0421